UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-144-BR

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>MARVIN MAC MELVIN )<br> | <u>O R D E R</u> |

     This matter is before the court on defendant's 11 August 2014 "motion of reconsideration of name change." (DE # 37.) Attached to the motion is a copy of a Name Change Order from Kentucky state court authorizing the change of defendant's name to Finesse Allah. To the extent defendant requests that his name on the docket be changed to reflect his name change, the motion is ALLOWED. However, the court cannot retroactively change all records in the case. The Clerk is DIRECTED to change the caption of the case on the docket to reflect defendant's name as Finesse Allah f/k/a Marvin Mac Melvin.

     This 2 October 2014.

                                                      W. Earl Britt
                                                      Senior U.S. District Judge