UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-144-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| FINESSE ALLAH ) | |

This matter is before the court on defendant's 24 May 2019 motion for recognition of name change. (DE # 55.) Attached to the motion is a copy of a Name Change Order from Kentucky state court authorizing the change of defendant's name to Finesse Infinite Allah. The motion is ALLOWED. The Clerk is DIRECTED to change the caption of the case on the docket to reflect defendant's name as Finesse Infinite Allah f/k/a Finesse Allah f/k/a Marvin Mac Melvin.

This 21 June 2019.

W. Earl Britt
Senior U.S. District Judge